UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEPA PROJECTS & INVESTMENTS LIMITED,

                Plaintiff,

        -against-                           09 Civ. 5118 (LAK)

KYODO CORPORATION, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for leave to file a second amended complaint [DI 12] is granted.

        SO ORDERED.

Dated:      November 3, 2009

                                                  Lewis A. Kaplan
                                           United States District Judge